IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

v.

FIDEL GIOVANNI AVILA-MONZON,
MATIAN ALFONSO CEBALLOS-
AGUIRRE, JESUS FRANCISCO
MONZON-MORENO, MARCOS
MONZON-RIVAS, and DORA MARIA
ORTIZ-TORRES,

Defendants.

**8:17CR286**

**ORDER**

This matter is before the Court on government's Motion to Dismiss Indictment as to Certain Defendants (Filing No. 447) pursuant to Federal Rule of Criminal Procedure 48(a). The government requests the Superseding Indictment be dismissed without prejudice as to defendants Fidel Giovanni Avila-Monzon, Matian Alfonso Ceballas-Aguirre, Jesus Francisco Monzon-Moreno, Marcos Monzon-Rivas, and Dora Maria Ortiz-Torres only.

The Motion is granted, and the Indictment against Fidel Giovanni Avila-Monzon, Matian Alfonso Ceballas-Aguirre, Jesus Francisco Monzon-Moreno, Marcos Monzon-Rivas, and Dora Maria Ortiz-Torres only is dismissed without prejudice.

IT IS SO ORDERED.

Dated this 2nd day of October 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Court Judge